



## MEMORANDUM OPINION

No. 04-11-00664-CV

Cristobal **ORTIZ**,
Appellant

v.

**STATE** of Texas,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 11-07-0780-CVA
Honorable Stella Saxon, Judge Presiding

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  January 18, 2012

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal with each party bearing its own costs. Appellant's counsel has certified that he has conferred with opposing counsel who does not oppose the motion. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). All costs of appeal are taxed against the party who incurred them. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM